STATE OF NEW JERSEY v. ROGER ANDREW SOLES.

Sept. 18, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. PATRICIA GROISS.

Sept. 18, 1979.   Petition for certification denied.

AARON SMOLIN v. DAVID GREENE.

Sept. 18, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. OTIS HINTON.

Sept. 18, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. JAMES T. MURRAY.

Sept. 18, 1979.   Petition for certification denied.

F. GORDON KETCHAM v. CHARLES R. LISTER
INTERNATIONAL, INC.

Sept. 18, 1979.   Petition for certification denied.